**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kelvin Alvin Lashley    CHAPTER 13
　　　　　　　Debtor(s)

BKY. NO. 26-10333

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of The Bank of New York Mellon, formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 and index same on the master mailing list.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　/s/ *Matthew Fissel*
　　　　　　　　　　　　Matthew Fissel
　　　　　　　　　　　　30 Jan 2026, 13:14:30, EST

　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　(215) 627-1322