# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Kelvin Alvin Lashley, Debtor

Case No.: [26-10333]

Chapter: [ 13 ]

**MOTION OF DEBTOR(S) FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS, AND OTHER REQUIRED DOCUMENTS**

Kelvin Alvin Lashley, the Debtor in the above-captioned case, moves this Court for an extension of time to file the required schedules, statements, and other documents, and in support states:

1. The Petition was filed on **January 28th, 2026**

2. The current deadline for filing the schedules, statements, and other documents is **February 11, 2026**

3. The Debtors require additional time to accurately compile the necessary financial information, specifically various reasons. (**Please see attached form with explanation for delay**)

4. This is the 1st request for an extension of time.

5. An extension of **8 business days** is requested, making the new deadline Monday **February 23rd, 2026**

6. The Debtor believes this extension will not prejudice any party in interest and will assist in the orderly administration of the case.

**WHEREFORE**, Debtor request this Court enter an Order granting this motion.

Respectfully Submitted,

Date: 02/11/2026

By: _(signature)_

Kelvin Alvin Lashley
4 Donny Brook Way
Collegeville, PA, 19426
215-802-8396
**kelvin@plis1.com**

*(FILED FEB 11 2026 CLERK OF COURT DEP. CLERK stamp)*

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Kelvin Alvin Lashley, Debtor
Case No.: [26-10333]
Chapter: [ 13]

**MOTION OF DEBTOR(S) FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS, AND OTHER REQUIRED DOCUMENTS**

**Explanation of Reason for my delay  2-11-2026**

To:
Ashley M. Chan
Chief Judge United States Bankruptcy Court.

Your Honor:

I will try to keep my explanation brief, because I know you are a very busy person. There are various reasons for my delay and requests for extension of time.
Firstly, I did not receive the mail from the court with the various requirements until Thursday February 5th. After reading it I real I was already past the deadline for the matrix to delivered to the court.
I think it's because of the weather that even mail deliveries have fallen behind. Because the previous week, OK I returned from visiting But my daughter and grandchildren in South Carolina, and I forgot the power cord to my C-PAP machine. My son-in-law mailed it the following day, 2 day delivery with UPS and it took 5 days before it arrived. CPAP.

However as soon as read the requirements, I went online and downloaded all of the required forms and read the instructions and started to gather my bank statements and various information. I went to bed approximately 1:00 AM because I had to wake up at 5:00 AM to go to work.

I am a registered nurse working at Chestnut Hill Hospital in Philadelphia. The unit is very busy and staffing is tight, so calling out is frowned upon. Additionally, I need keep my employment and continue earning money to make creditors whole. I intend to spend

I had intended to spend all of yesterday gathering all of the information to meet today's deadline, however, one of my tenants, an elderly couple, called on Monday night because they had no running water, their pipes were frozen. So, I had to get a plumber and go to the

[FILED FEB 11 2026 CLERK OF COURT DEP. CLERK]

location to get the pipes unfrozen. We are grateful that the pipes didn't crack otherwise we would have had a bigger plumbing issue if they were leaking after they were Thawed out. But that a significant portion of late morning and early afternoon running to Home Depot to get butane Tor to carefully throughout the pipes.

This is the first time I am representing myself in any court related matter, so I am carefully reading the process to make sure I send documents to the court properly. I know that ignorance of the law is no excuse for breaking the law, and ignorance of procedures is no excuse for me not following them properly, so I am trying my best to do it as expeditiously as I can, but also do it properly.

Your Honor, I am a hard-working registered nurse, an Honorably Discharged United States Army veteran (serving 13 years),  A father and grandfather, and I'm trying pay my debts to make my creditors, make them whole, and do things properly. So I am asking the court to mercifully grant me this extension. And I hope I can meet all future deadlines without any unnecessary delay. Moving forward I will be using the Electronic Document System to eliminate any delays due to mail or weather.

Thanking you in advance,

Sincerely and humbly

**Kelvin A Lashley.**

*/s/ Kelvin A Lashley*

2/11/2026