*Form OL243* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
    Kelvin Alvin Lashley             )       Case No. 26–10333–amc
                                )
                                )
    Debtor(s).                      )       Chapter: 13
                                )
                                )

## **ORDER**

**AND NOW**,upon consideration of the Debtor(s)' Motion for Extension of Time to File the required

documents, it is hereby

**ORDERED** that the motion is **GRANTED** and the debtor(s) may file their documents on or before

_Feb. 25, 2026_ .

Date: Feb. 13, 2026

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court