**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | Chapter 13 |
| In re:  Kelvin Ashley Lashley | : | |
| | : | Case No. 26-10333-amc |

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS RECEIPT OF**
**NOTICES AND INCLUSION ON NOTICE LIST**

TO THE CLERK, US BANKRUPTCY COURT, THE DEBTOR, AND ALL OTHER PARTIES OF INTEREST:

NOTICE IS HEREBY GIVEN pursuant to §1109 (b) of Title 11 of the United States Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that the undersigned attorney is counsel on behalf of Patricia A Brown, the Debtor in the above captioned Chapter 13 case.  Pursuant to the aforementioned Rules, I respectfully request that all notices given or required to be given in this case by the court, creditors and/or any other parties in interest in this case be given to Anthony A. Frigo at the below address and/or telephone number set for the below.  This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

This notice shall not be deemed a waiver of any of Patricia A Brown's rights including the right to challenge the jurisdiction of the Bankruptcy Court over Patricia A Brown in any contested matter or adversary proceedings.

/S/ Anthony A. Frigo
Anthony A. Frigo, Esquire
175 Strafford Ave., Suite One
Wayne, PA 19087
(610) 687-7784
(Email) Anthonyfrigo@msn.com