**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

IN RE:  Kelvin Alvin
Lashley

:  Chapter 13
:  No. 26-10333−amc
:

**ORDER**

AND NOW, this 26th day of Feb. , 2026, upon consideration of the within Motion for Additional Extension of Time to File Required Documents, after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtors shall file all required documents with the Court on or before March 11 , 2026.

**Ashely M. Chan
Chief Judge
United States Bankruptcy Court**

See Attached List

Kenneth E. West
Via ECF

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Kelvin Alvin LashleyP
4 Donny Brook Way
Collegeville, PA 19426

All Interested Parties