United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 26-10333-amc

Kelvin Alvin Lashley                                                      Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                Page 1 of 2

Date Rcvd: Feb 26, 2026                       Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Kelvin Alvin Lashley, 4 Donny Brook Way, Collegeville, PA 19426-4408

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

ANTHONY A. FRIGO
                                on behalf of Debtor Kelvin Alvin Lashley anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com

DANIELLE BOYLE-EBERSOLE
                                on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
                                VRMTG Asset Trust dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

DANIELLE BOYLE-EBERSOLE
                                on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION  AS TRUSTEE FOR FREDDIE MAC
                                SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2017-2,AS OWNER OF THE RELATED MORTGAGE LOAN
                                dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

KENNETH E. WEST
                                ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                                on behalf of Creditor The Bank of New York Mellon  formerly known as The Bank of New York, not in its individual capacity but

District/off: 0313-2                          User: admin                                      Page 2 of 2

Date Rcvd: Feb 26, 2026                       Form ID: pdf900                                  Total Noticed: 1

                            solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed C bkgroup@kmllawgroup.com,
                            matthew.fissel@brockandscott.com

SHERRI DICKS

                            on behalf of Creditor The Bank of New York Mellon sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee

                            USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

IN RE:  Kelvin Alvin
Lashley

:       Chapter 13
:       No. 26-10333−amc
:

**ORDER**

AND NOW, this 26th day of   Feb.        , 2026, upon consideration of the within Motion
for Additional Extension of Time to File Required Documents, after notice and hearing thereon,
it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtors shall file all required documents with the Court on or
before       March 11        , 2026.

_____
**Ashely M. Chan**
**Chief Judge**
**United States Bankruptcy Court**

See Attached List

Kenneth E. West
Via ECF

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Kelvin Alvin LashleyP
4 Donny Brook Way
Collegeville, PA 19426

All Interested Parties