**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**                                              :Chapter

                                                        :

                                                        :Case No.

        **Debtor.**                                     :

**ORDER TO SHOW CAUSE**

**AND NOW** upon consideration of the Order Approving Payment of Filing Fee in

Installments (doc. no.          , the "Installment Order");

**AND** a review of the docket showing that the Debtor has not paid the                      installment;

It is, therefore, hereby **ORDERED** that:

1.  The Debtor                                          **SHALL APPEAR** for a hearing on

                        **at**                          **in Bankruptcy Courtroom No.**

2.    Failure to appear for the hearing and/or to pay the installment **and any other**

**payments that come due prior to the hearing**  may result in dismissal of this case

without further notice or hearing.

_____

        **U.S. BANKRUPTCY JUDGE**

**Date:**


**Copy to:**