**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

KELVIN ALVIN LASHLEY
AKA KELVIN LASHLEY
AKA KELVIN A. LASHLEY
     *Debtor*
FEDERAL HOME LOAN MORTGAGE
CORPORATION, AS TRUSTEE FOR
FREDDIE MAC SEASONED CREDIT RISK
TRANSFER TRUST, SERIES 2017-2,AS
OWNER OF THE RELATED MORTGAGE
LOAN
     *Movant*
vs.
KELVIN ALVIN LASHLEY
AKA KELVIN LASHLEY
AKA KELVIN A. LASHLEY,
     *Debtor/Respondent*
KENNETH E. WEST, Esquire,
     *Trustee/Respondent*

Bankruptcy No. 26-10333-amc

Chapter 13

### OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN

Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2,as owner of the Related Mortgage Loan ("Movant"), through its attorneys, Hladik, Onorato & Federman, LLP, objects to the confirmation of the Chapter 13 Plan (the "Plan") filed by Kelvin Alvin Lashley, ("Debtor"), as follows:

1. As of the bankruptcy filing date of January 28, 2026, Movant holds a secured claim against the Debtor's property located at 34 Ashmead Place South, Philadelphia, PA 19144 (the "Property").

2. Movant is in the process of filing a Proof of Claim, which will be filed by the Proof of Claim Bar date of April 8, 2026. The estimated total of Movant's secured claim is $102,862.01, with estimated pre-petition arrears of $11,431.47.

3. The Plan is unclear as to the treatment of Movant's secured claim. The Plan states the claim will be paid in full; however, it also states that $0.00 will be paid by the Trustee.

4. The Plan should be amended to clarify the treatment of Movant's secured claim by either stating the secured claim will be paid in full and Debtor will be responsible for payment

of taxes and insurance or the Debtor will be paying the pre-petition arrears through the Chapter 13 Plan and pay post-petition payments directly to Movant outside of the Plan.

5. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

6. The Plan violates 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

7. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor(s) is not feasible. Movant requests that an Amended Chapter 13 Plan be filed, the bankruptcy case either be converted to a Chapter 7, or be dismissed pursuant to 11 U.S.C. § 1307.

   WHEREFORE, Movant      respectfully    requests      that    this Honorable    Court   deny confirmation of the Debtor's Chapter 13 Plan.

Date: March 25, 2026                              HLADIK, ONORATO & FEDERMAN, LLP

                              BY:  /s/ Danielle Boyle-Ebersole
                                   Danielle Boyle-Ebersole, Esquire
                                   PA Attorney ID# 81747
                                   298 Wissahickon Avenue
                                   North Wales, PA 19454
                                   Phone: (215) 855-9521
                                   Email: dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

KELVIN ALVIN LASHLEY
AKA KELVIN LASHLEY
AKA KELVIN A. LASHLEY
        *Debtor*
FEDERAL HOME LOAN MORTGAGE
CORPORATION, AS TRUSTEE FOR
FREDDIE MAC SEASONED CREDIT RISK
TRANSFER TRUST, SERIES 2017-2,AS
OWNER OF THE RELATED MORTGAGE
LOAN
        *Movant*
vs.
KELVIN ALVIN LASHLEY
AKA KELVIN LASHLEY
AKA KELVIN A. LASHLEY,
        *Debtor/Respondent*
KENNETH E. WEST, Esquire,
        *Trustee/Respondent*

Bankruptcy No. 26-10333-amc

Chapter 13

## CERTIFICATE OF SERVICE OF OBJECTION TO CHAPTER 13 PLAN

I, the undersigned attorney, attorney for Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan, certify that a copy of the attached Objection to Chapter 13 Plan has been served upon the parties below, on the date set forth below:

Kelvin Alvin Lashley, et al.
4 Donny Brook Way
Collegeville, PA 19426
VIA REGULAR CLASS MAIL
*Debtor*

Kenneth E. West, Esquire
VIA CM/ECF NOTIFICATION
*Chapter 13 Trustee*

Anthony A. Frigo, Esquire
VIA CM/ECF NOTIFICATION
*Attorney for Debtor*

Date: March 25, 2026

HLADIK, ONORATO & FEDERMAN, LLP

BY:  /s/ Danielle Boyle-Ebersole
      Danielle Boyle-Ebersole, Esquire
      PA Attorney ID# 81747
      298 Wissahickon Avenue
      North Wales, PA 19454
      Phone: (215) 855-9521
      Email: dboyle-ebersole@hoflawgroup.com