United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 26-10333-amc

Kelvin Alvin Lashley                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 23, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kelvin Alvin Lashley, 4 Donny Brook Way, Collegeville, PA 19426-4408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Debtor Kelvin Alvin Lashley anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION  AS TRUSTEE FOR FREDDIE MAC SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2017-2,AS OWNER OF THE RELATED MORTGAGE LOAN dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor The Bank of New York Mellon  formerly known as The Bank of New York, not in its individual capacity but |

District/off: 0313-2                          User: admin                                      Page 2 of 2
Date Rcvd: Mar 23, 2026                       Form ID: pdf900                                   Total Noticed: 1

solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed C bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

SHERRI DICKS

on behalf of Creditor The Bank of New York Mellon sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                  :Chapter 13
                                                                        :
Kelvin Alvin Lashley
                                                                        :Case No. 26-10333amc
        Debtor.                                                         :

**ORDER TO SHOW CAUSE**

AND NOW upon consideration of the Order Approving Payment of Filing Fee in

Installments (doc. no. 11      , the "Installment Order");

AND a review of the docket showing that the Debtor has not paid the first            installment;

It is, therefore, hereby ORDERED that:

1. The Debtor Kelvin Alvin Lashley            SHALL APPEAR for a hearing on

   April 7, 2026          at 10:00       A.M.      in Bankruptcy Courtroom No. 4

   Philadelphia Telephonic Hearing

2.   Failure to appear for the hearing and/or to pay the installment and any other

payments that come due prior to the hearing  may result in dismissal of this case

without further notice or hearing.

_____
Ashely M. Chan, Chief
**U.S. BANKRUPTCY JUDGE**

Date: March 23, 2026

Copy to:

Kelvin Alvin Lashley
4 Donny Brook Way
Collegeville, PA  19426