United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10333-amc |
| Kelvin Alvin Lashley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 26, 2026 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15105991 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 27 2026 02:01:51 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Debtor Kelvin Alvin Lashley anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION  AS TRUSTEE FOR FREDDIE MAC SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2017-2,AS OWNER OF THE RELATED MORTGAGE LOAN dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor The Bank of New York Mellon  formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed C bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |

District/off: 0313-2                                    User: admin                                         Page 2 of 2

Date Rcvd: Mar 26, 2026                                Form ID: trc                                      Total Noticed: 1

SHERRI DICKS

on behalf of Creditor The Bank of New York Mellon sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 26-10333-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Kelvin Alvin Lashley
4 Donny Brook Way
Collegeville PA 19426

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/25/2026.

Name and Address of Alleged Transferor(s):

Claim No. 6: Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

Name and Address of Transferee:

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/28/26

Mohung Wong
**CLERK OF THE COURT**