**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re:

Kelvin Alvin Lashley,
  Debtor,

_____/

Select Portfolio Servicing, Inc. as
Servicing Agent for The Bank of New
York Mellon, formerly known as The
Bank of New York, Not in its
Individual Capacity but Solely as
Trustee on Behalf of the Holders of the
CIT Mortgage Loan Trust, 2007-1
Asset-Backed Certificates, Series
2007-1,
        Movant,

        v.

Kelvin Alvin Lashley,
   Debtor/Respondent,

Kenneth E. West,
     Trustee/Additional Respondent.
_____/

CASE NO.: 26-10333-amc
CHAPTER 13

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Select Portfolio Servicing, Inc. as Servicing Agent for The Bank of New York Mellon, formerly known as The Bank of New York, not in its Individual Capacity but Solely as Trustee on Behalf of the Holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 has filed a Motion for Prospective In-Rem Relief from the Automatic Stay for a Period of Two (2) years pursuant to 11 U.S.C. §362(d)(4) of the United States Bankruptcy Code with respect to the real property located at 4 Donny Brook Way, Collegeville, Pennsylvania 19426 and for such other and further relief as the Court may deem just and proper.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before April 28, 2026, you or your attorney must do all of the following:

(a) file a response in person or via mail with the Clerk of the Court explaining your position at United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107.

If you mail your response to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's attorney:

Sherri R. Dicks, Esquire
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010  Morris Road, Suite 450
Alpharetta, GA   30004

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before **Chief Judge Ashley M. Chan on May 19, 2026, at 11:00 A.M. at United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Second Floor, Courtroom Number #4, Philadelphia, PA 19107.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been cancelled because no one filed a response.

Date: April 13, 2026

**Robertson, Anschutz, Schneid,
Crane & Partners, PLLC**
Attorneys for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA   30004
Telephone: 470-321-7112
By: /s/Sherri R. Dicks
Sherri R. Dicks, Esquire
Pennsylvania Bar No. 90600
Email: sdicks@raslg.com