**TEMPLE HEALTH**

CO                          000000-000000
Z6S
Dept : 1025200 5S-Medical Surgical
Location : 1025200 5S-Medical Surgical

*CHH Community Health Inc*
*Temple Health Sys Boyer Pavilion*
*3509 N Broad Street 9th Floor*
*Philadelphia, PA 19140*

# Earnings   Statement

| | |
|---|---|
| EMPLOYEE ID | 502028482 |
| | Page 001 of 001 |
| Period Beg/End: | 12/28/2025 - 01/10/2026 |
| Advice Date: | 01/16/2026 |
| Advice Number: | 0000052828 |
| Batch Number: | 000000002571 |

**Kelvin A Lashley**
**4 DONNY BROOK WAY**
**COLLEGEVILLE,    PA 19426**

For inquiries on this statement please call: 215-707-1595

Total Hours Worked:     78.75
Basis of Pay:          Hourly
Pay Rate:              $62.50

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 62.5000 | 72.00 | 4500.00 | 9000.00 |
| Hol Pr 0.5 | 31.2500 | 13.25 | 414.06 | 414.06 |
| OT Stndard | 62.5000 | 6.75 | 421.88 | 781.26 |
| Settlement | | | | 2870.60 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 104.87 | 204.02 |
| *Dental | 11.90 | 23.57 |
| Suppl Life | 33.74 | 67.48 |
| Suppl AD&D | 1.50 | 3.00 |
| TUHS STD | 41.88 | 83.76 |
| LTD | 28.25 | 56.50 |
| *PEN CONTRB | 202.50 | 405.00 |
| Dues CH RN | 57.69 | 115.38 |
| PASNAP PAC | 5.00 | 5.00 |

| | | | |
|---|---|---|---|
| **Gross Pay** | 92.00 | 5335.94 | 13065.92 |

**Taxes**

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 770.69 | 2062.74 |
| Fed MED/EE | | 75.68 | 186.16 |
| Fed OASDI/EE | | 323.59 | 795.98 |
| PA Unempl EE | | 3.74 | 9.15 |
| PA Withholdng | | 160.23 | 394.14 |
| PA local Withholdng | | 183.02 | 448.16 |

| | | | |
|---|---|---|---|
| **Total Taxes** | | 1516.95 | 3896.33 |

| Benefit Time | Balance |
|---|---|
| Vacation | 58.66 |
| Sick | 86.58 |

| | This Period | Year-to-Date |
|---|---|---|
| **Total Deductions** | 487.33 | 963.71 |

*Excluded from taxable wages

| | This Period | Year-to-Date |
|---|---|---|
| **Net Pay** | 3331.66 | 8205.88 |

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 943.85 | 1836.20 |
| Dental | 35.71 | 70.71 |
| Vision | 2.57 | 5.14 |
| Life | 0.33 | 0.65 |
| LTD | 26.22 | 53.48 |
| PEN CONTRB | 225.00 | 427.50 |

| | | |
|---|---|---|
| **Total** | 1233.68 | 2393.68 |

**Net Pay Distribution**

| | | |
|---|---|---|
| Deposit Che XXXXX8893 | | 100.00 |
| Deposit Oth | | 3,231.66 |
| Net Check | | 0.00 |

© 2022 Automatic Data Processing (ADP)

---

**TEMPLE HEALTH**

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

| | |
|---|---|
| Advice Number: | 0000052828 |
| Advice Date: | 01/16/2026 |

THIS IS NOT A CHECK

**Deposited to the account of**

| Kelvin A Lashley | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXXX0251 | 031000053 | 2431.66 |

# Earnings Statement

**TEMPLE HEALTH**

CO 000000-000000
Dept : 1025200 5S-Medical Surgical
Location : 1025200 5S-Medical Surgical

CHH  Community  Health  Inc
Temple  Health  Sys  Boyer  Pavilion
3509  N  Broad  Street  9th  Floor
Philadelphia,   PA   19140

EMPLOYEE  ID          502028482
                      Page 001 of 001
Period  Beg/End:     12/14/2025 - 12/27/2025
Advice  Date:        01/02/2026
Advice  Number:      0000052009
Batch  Number:       000000002542

Kelvin  A  Lashley
4 DONNY  BROOK  WAY
COLLEGEVILLE,    PA  19426

For inquiries on this statement please call: 215-707-1595

Total  Hours  Worked:          0.00
Basis  of  Pay:            Hourly
Pay  Rate:                 $62.50

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Settlement | 62.5000 | | 2870.60 | 2870.60 |
| OT Stndard | | | | 359.38 |
| Regular | | | | 4500.00 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 0.00 | 99.15 |
| *Dental | 0.00 | 11.67 |
| Suppl  Life | 0.00 | 33.74 |
| Suppl  AD&D | 0.00 | 1.50 |
| TUHS  STD | 0.00 | 41.88 |
| LTD | 0.00 | 28.25 |
| *PEN  CONTRB | 0.00 | 202.50 |
| Dues  CH  RN | 0.00 | 57.69 |

| Gross  Pay | | 2870.60 | 7729.98 |
|---|---|---|---|

**Taxes**

| Taxes | This Period | Year-to-Date |
|---|---|---|
| Fed  Withholdng | 631.53 | 1292.05 |
| Fed  MED/EE | 41.63 | 110.48 |
| Fed  OASDI/EE | 177.98 | 472.39 |
| PA  Unempl  EE | 2.01 | 5.41 |
| PA  Withholdng | 88.13 | 233.91 |
| PA  local  Withholdng | 98.46 | 265.14 |

| Total  Taxes | 1039.74 | 2379.38 |
|---|---|---|

**Benefit Time**

| Benefit Time | Balance |
|---|---|
| Vacation | 54.50 |
| Sick | 83.25 |

| Total Deductions | 0.00 | 476.38 |
|---|---|---|

*Excluded   from  taxable   wages

**Net Pay**          1830.86          4874.22

**Employer Paid Benefits**

| Employer Paid Benefits | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 0.00 | 892.35 |
| Dental | 0.00 | 35.00 |
| Vision | 0.00 | 2.57 |
| Life | 0.00 | 0.32 |
| LTD | 0.00 | 27.26 |
| PEN  CONTRB | 0.00 | 202.50 |

| Total | 0.00 | 1160.00 |
|---|---|---|

**Net Pay Distribution**

| | | This Period |
|---|---|---|
| Deposit  Che  XXXXX8893 | | 100.00 |
| Deposit  Oth | | 1,730.86 |
| Net  Check | | 0.00 |

© 2002 Automaticdata Processing(ADP,I.)

---

**TEMPLE HEALTH**

CHH  Community   Health  Inc
Temple   Health  Sys  Boyer  Pavilion
3509  N  Broad   Street  9th  Floor
Philadelphia,    PA   19140

Advice   Number:          0000052009
Advice   Date:            01/02/2026

THIS IS NOT A CHECK

**Deposited  to  the  account  of**

Kelvin A Lashley

| | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXXX0251 | 031000053 | 930.86 |

TEMPLE HEALTH

CO                            000000-000000
36S
Dept : 1025200 5S-Medical Surgical
Location : 1025200 5S-Medical Surgical
CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia,  PA  19140

# Earnings   Statement

EMPLOYEE ID           502028482
                      Page 001 of 001
Period Beg/End:       11/30/2025 - 12/13/2025
Advice Date:          12/19/2025
Advice Number:        0000051241
Batch Number:         000000002521

**Kelvin A Lashley**
**4 DONNY BROOK WAY**
**COLLEGEVILLE,    PA  19426**

For inquiries on this statement please call: 215-707-1595
Total Hours Worked:        76.50
Basis of Pay:              Hourly
Pay Rate:                  $62.50

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 62.5000 | 72.00 | 4500.00 | 92373.08 |
| OT Stndard | 62.5000 | 4.50 | 281.25 | 5700.03 |
| OT @ 1.5 | | | | 67.31 |
| Holiday | | | | 430.78 |
| Bonus | | | | 1000.00 |
| Shift 2.00 | | | | 62.50 |
| Nonprod NP | | | | |
| Personal | | | | 1866.70 |
| Shift 3.00 | | | | 187.50 |
| Sick Leave | | | | 6493.68 |
| Vacation | | | | 11557.42 |
| Hol Pr 0.5 | | | | 1519.92 |
| Gross Pay | | 76.50 | 4781.25 | 121258.92 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 659.47 | 16534.23 |
| Fed MED/EE | 67.66 | 1714.95 |
| Fed OASDI/EE | 289.31 | 7332.90 |
| PA Unempl EE | 3.35 | 84.88 |
| PA Withholdng | 143.25 | 3630.95 |
| PA local Withholdng | 164.00 | 4168.03 |
| Total Taxes | 1327.04 | 33465.94 |

| Benefit Time | Balance |
|---|---|
| Vacation | 50.34 |
| Sick | 79.92 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 102.96 | 2671.30 |
| *Dental | 12.12 | 315.12 |
| Suppl Life | 35.04 | 881.64 |
| Suppl AD&D | 1.56 | 40.56 |
| TUHS STD | 43.49 | 1130.74 |
| LTD | 29.34 | 736.38 |
| *PEN CONTRB | 202.50 | 5072.49 |
| Dues CH RN | 57.38 | 283.59 |
| PASNAP PAC | 5.00 | 20.00 |
| Total Deductions | 489.39 | 11151.82 |

*Excluded from taxable wages

| | This Period | Year-to-Date |
|---|---|---|
| **Net Pay** | **2964.82** | **76641.16** |

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 926.67 | 24042.44 |
| Dental | 36.35 | 945.10 |
| Vision | 2.67 | 69.42 |
| Life | 0.33 | 8.58 |
| LTD | 28.31 | 710.65 |
| PEN CONTRB | 202.50 | 5072.49 |
| Total | 1196.83 | 30848.68 |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Deposit Che | XXXXX8893 | | 100.00 |
| Deposit Oth | | | 2,864.82 |
| Net Check | | | 0.00 |

© 2002 Automatic Data Processing (ADP)

TEMPLE HEALTH
CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia,   PA   19140

Advice Number:        0000051241

Advice Date:          12/19/2025

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Kelvin A Lashley | | | |
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 2064.82 |

CO                              000000-000000
Z6S
Dept : 1025200 5S-Medical  Surgical
Location : 1025200 5S-Medical  Surgical

**TEMPLE HEALTH**

CHH  Community   Health  Inc
Temple  Health  Sys  Boyer  Pavilion
3509  N  Broad  Street  9th  Floor
Philadelphia,   PA   19140

# Earnings   Statement

| | |
|---|---|
| EMPLOYEE ID | 502028482 |
| | Page 001 of 001 |
| Period Beg/End: | 11/16/2025 - 11/29/2025 |
| Advice Date: | 12/05/2025 |
| Advice Number: | 0000050524 |
| Batch Number: | 000000002497 |

**Kelvin  A  Lashley**
**4 DONNY   BROOK   WAY**
**COLLEGEVILLE,      PA   19426**

For inquiries on this statement please call: 215-707-1595
Total Hours Worked:        76.50
Basis of Pay:              Hourly
Pay Rate:                  $62.50

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 62.5000 | 72.00 | 4500.00 | 87873.08 |
| OT Stndard | 62.5000 | 4.50 | 281.25 | 5418.78 |
| Hol Pr 0.5 | 31.2500 | 12.50 | 390.63 | 1519.92 |
| OT @ 1.5 | | | | 67.31 |
| Holiday | | | | 430.78 |
| Bonus | | | | 1000.00 |
| Shift 2.00 | | | | 62.50 |
| Nonprod NP | | | | |
| Personal | | | | 1866.70 |
| Shift 3.00 | | | | 187.50 |
| Sick Leave | | | | 6493.68 |
| Vacation | | | | 11557.42 |
| Gross Pay | | 89.00 | 5171.88 | 116477.67 |

**Taxes**

| | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 751.46 | 15874.76 |
| Fed MED/EE | | 73.32 | 1647.29 |
| Fed OASDI/EE | | 313.52 | 7043.59 |
| PA Unempl EE | | 3.62 | 81.53 |
| PA Withholdng | | 155.24 | 3487.70 |
| PA local Withholdng | | 177.40 | 4004.03 |
| Total Taxes | | 1474.56 | 32138.90 |

**Benefit Time**

| | Balance |
|---|---|
| Vacation | 46.18 |
| Sick | 76.59 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 102.96 | 2568.34 |
| *Dental | 12.12 | 303.00 |
| Suppl Life | 35.04 | 846.60 |
| Suppl AD&D | 1.56 | 39.00 |
| TUHS STD | 43.49 | 1087.25 |
| LTD | 29.34 | 707.04 |
| *PEN CONTRB | 202.50 | 4869.99 |
| Dues CH RN | 57.69 | 226.21 |
| PASNAP PAC | 0.00 | 15.00 |
| Total Deductions | 484.70 | 10662.43 |

*Excluded  from  taxable  wages

| | This Period | Year-to-Date |
|---|---|---|
| **Net Pay** | 3212.62 | 73676.34 |

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 926.67 | 23115.77 |
| Dental | 36.35 | 908.75 |
| Vision | 2.67 | 66.75 |
| Life | 0.33 | 8.25 |
| LTD | 28.31 | 682.34 |
| PEN CONTRB | 202.50 | 4869.99 |
| Total | 1196.83 | 29651.85 |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Deposit  Che | XXXXX8893 | | 100.00 |
| Deposit  Oth | | | 3,112.62 |
| Net Check | | | 0.00 |

© 2002 Automatic Data Processing (ADP)

---

**TEMPLE HEALTH**

CHH  Community   Health  Inc
Temple  Health  Sys  Boyer  Pavilion
3509  N  Broad  Street  9th  Floor
Philadelphia,   PA   19140

| | |
|---|---|
| Advice  Number: | 0000050524 |
| Advice  Date: | 12/05/2025 |

THIS IS NOT A CHECK

**Deposited  to  the  account  of**

| | | Account Number | Transit  ABA | Amount |
|---|---|---|---|---|
| Kelvin A Lashley | Checking | XXXXX8893 | 031176110 | 100.00 |
| | Checking | XXXXX9598 | 231372691 | 100.00 |
| | Checking | XXXXXXXXX2767 | 236084298 | 100.00 |
| | Checking | XXXXX4041 | 104000016 | 100.00 |
| | Checking | XXXXXX0617 | 036001808 | 100.00 |
| | Checking | XXXXX0527 | 031000503 | 100.00 |
| | Checking | XXXXXXXX7953 | 103100195 | 300.00 |
| | Checking | XXXXXX0251 | 031000053 | 2312.62 |

**TEMPLE HEALTH**

CO                                    000000-000000
Z6S
Dept : 1025200 5S-Medical Surgical
Location : 1025200 5S-Medical Surgical

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

# Earnings   Statement

| | |
|---|---|
| EMPLOYEE ID | 502028482 |
| | Page 001 of 001 |
| Period Beg/End: | 11/02/2025 - 11/15/2025 |
| Advice Date: | 11/21/2025 |
| Advice Number: | 0000049800 |
| Batch Number: | 000000002480 |

Kelvin  A Lashley
4 DONNY  BROOK  WAY
COLLEGEVILLE,      PA  19426

For inquiries on this statement please call: 215-707-1595

Total Hours Worked:        72.25
Basis of Pay:              Hourly
Pay Rate:                  $62.50

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 62.5000 | 71.25 | 4453.13 | 83373.08 |
| OT Stndard | 62.5000 | 1.00 | 62.50 | 5137.53 |
| OT @ 1.5 | | | | 67.31 |
| Holiday | | | | 430.78 |
| Bonus | | | | 1000.00 |
| Hol Pr 0.5 | | | | 1129.29 |
| Shift 2.00 | | | | 62.50 |
| Nonprod NP | | | | |
| Personal | | | | 1866.70 |
| Shift 3.00 | | | | 187.50 |
| Sick Leave | | | | 6493.68 |
| Vacation | | | | 11557.42 |
| Gross Pay | | 72.25 | 4515.63 | 111305.79 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 601.50 | 15123.30 |
| Fed MED/EE | 63.81 | 1573.97 |
| Fed OASDI/EE | 272.83 | 6730.07 |
| PA Unempl EE | 3.16 | 77.91 |
| PA Withholdng | 135.10 | 3332.46 |
| PA local Withholdng | 154.89 | 3826.63 |
| Total Taxes | 1231.29 | 30664.34 |

**Benefit Time**

| | Balance |
|---|---|
| Vacation | 40.64 |
| Sick | 73.26 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 102.96 | 2465.38 |
| *Dental | 12.12 | 290.88 |
| Suppl Life | 35.04 | 811.56 |
| Suppl AD&D | 1.56 | 37.44 |
| TUHS STD | 43.49 | 1043.76 |
| LTD | 29.34 | 677.70 |
| *PEN CONTRB | 200.39 | 4667.49 |
| Dues CH RN | 54.19 | 168.52 |
| PASNAP PAC | 5.00 | 15.00 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Deductions | 484.09 | 10177.73 |

*Excluded from taxable wages

| | This Period | Year-to-Date |
|---|---|---|
| **Net Pay** | 2800.25 | 70463.72 |

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 926.67 | 22189.10 |
| Dental | 36.35 | 872.40 |
| Vision | 2.67 | 64.08 |
| Life | 0.33 | 7.92 |
| LTD | 28.31 | 654.03 |
| PEN CONTRB | 200.39 | 4667.49 |
| Total | 1194.72 | 28455.02 |

**Net Pay Distribution**

| | | |
|---|---|---|
| Deposit Che XXXXX8893 | | 100.00 |
| Deposit Oth | | 2,700.25 |
| Net Check | | 0.00 |

© 2002 Automatic Data Processing (ADP)

---

**TEMPLE HEALTH**

CHH Community Health Inc
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

| | |
|---|---|
| Advice Number: | 0000049800 |
| Advice Date: | 11/21/2025 |

THIS IS NOT A CHECK

**Deposited to the account of**

Kelvin A Lashley

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 1900.25 |

# Earnings    Statement

**TEMPLE HEALTH**

CO                               000000-000000
Z6S
Dept : 1025200 5S-Medical  Surgical
Location : 1025200 5S-Medical  Surgical

*CHH  Community   Health  Inc*
*Temple  Health  Sys  Boyer  Pavilion*
*3509  N  Broad  Street  9th  Floor*
*Philadelphia,   PA   19140*

| | |
|---|---|
| EMPLOYEE ID | 502028482 |
| | Page  001 of 001 |
| Period Beg/End: | 10/19/2025 - 11/01/2025 |
| Advice Date: | 11/07/2025 |
| Advice Number: | 0000049085 |
| Batch Number: | 000000002453 |

**Kelvin   A  Lashley**
**4  DONNY   BROOK   WAY**
**COLLEGEVILLE,      PA  19426**

For inquiries on this statement please call: 215-707-1595
Total Hours Worked:       52.00
Basis of Pay:             Hourly
Pay Rate:                 $62.50

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 62.5000 | 48.00 | 3000.00 | 78919.95 |
| OT Stndard | 62.5000 | 4.00 | 250.00 | 5075.03 |
| Vacation | 62.5000 | 12.00 | 750.00 | 11557.42 |
| Sick Leave | 62.5000 | 12.00 | 750.00 | 6493.68 |
| OT @ 1.5 | | | | 67.31 |
| Holiday | | | | 430.78 |
| Bonus | | | | 1000.00 |
| Hol Pr 0.5 | | | | 1129.29 |
| Shift 2.00 | | | | 62.50 |
| Nonprod NP | | | | |
| Personal | | | | 1866.70 |
| Shift 3.00 | | | | 187.50 |
| Gross Pay | | 76.00 | 4750.00 | 106790.16 |

**Taxes**

| | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 652.59 | 14521.80 |
| Fed MED/EE | | 67.21 | 1510.16 |
| Fed OASDI/EE | | 287.37 | 6457.24 |
| PA Unempl EE | | 3.32 | 74.75 |
| PA Withholdng | | 142.29 | 3197.36 |
| PA local Withholdng | | 162.93 | 3671.74 |
| Total Taxes | | 1315.71 | 29433.05 |

**Benefit Time**

| | Balance |
|---|---|
| Vacation | 35.10 |
| Sick | 69.93 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 102.96 | 2362.42 |
| *Dental | 12.12 | 278.76 |
| Suppl Life | 35.04 | 776.52 |
| Suppl AD&D | 1.56 | 35.88 |
| TUHS STD | 43.49 | 1000.27 |
| LTD | 29.34 | 648.36 |
| *PEN CONTRB | 202.50 | 4467.10 |
| Dues CH RN | 57.00 | 114.33 |
| PASNAP PAC | 0.00 | 10.00 |
| Total Deductions | 484.01 | 9693.64 |

*Excluded  from  taxable  wages

| | This Period | Year-to-Date |
|---|---|---|
| **Net Pay** | **2950.28** | **67663.47** |

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 926.67 | 21262.43 |
| Dental | 36.35 | 836.05 |
| Vision | 2.67 | 61.41 |
| Life | 0.33 | 7.59 |
| LTD | 28.31 | 625.72 |
| PEN CONTRB | 202.50 | 4467.10 |
| Total | 1196.83 | 27260.30 |

**Net Pay Distribution**

| | | |
|---|---|---|
| Deposit  Che  XXXXX8893 | | 100.00 |
| Deposit  Oth | | 2,850.28 |
| Net Check | | 0.00 |

© 2022 Automatic Data Processing (ADP)

---

**TEMPLE HEALTH**

CHH  Community   Health  Inc
Temple  Health  Sys  Boyer  Pavilion
3509  N  Broad  Street  9th  Floor
Philadelphia,      PA   19140

| | |
|---|---|
| Advice   Number: | 0000049085 |
| Advice   Date: | 11/07/2025 |

THIS IS NOT A CHECK

## Deposited  to  the  account  of

| | Account Number | Transit   ABA | Amount |
|---|---|---|---|
| Kelvin A Lashley | | | |
| Checking | XXXXX8893 | 031176110 | 100.00 |
| Checking | XXXXX9598 | 231372691 | 100.00 |
| Checking | XXXXXXXXX2767 | 236084298 | 100.00 |
| Checking | XXXXX4041 | 104000016 | 100.00 |
| Checking | XXXXXX0617 | 036001808 | 100.00 |
| Checking | XXXXXX0527 | 031000503 | 100.00 |
| Checking | XXXXXXXX7953 | 103100195 | 300.00 |
| Checking | XXXXX0251 | 031000053 | 2050.28 |