

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

26-10333

DEBTOR(S):

KELVIN ALVIN LASHLEY

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 12 IN THE AMOUNT OF $4,283.14

CREDITOR'S SIGNATURE:

*/s/ Alexica Marche' Thomason*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

5/28/2026