**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>KELVIN ALVIN LASHLEY<br>AKA KELVIN LASHLEY<br>AKA KELVIN A. LASHLEY<br>     *Debtor* | Bankruptcy No. 26-10333-amc<br><br>Chapter 13 |

U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS OWNER
TRUSTEE FOR VRMTG ASSET TRUST
     *Movant*
vs.
KELVIN ALVIN LASHLEY
AKA KELVIN LASHLEY
AKA KELVIN A. LASHLEY,
     *Debtor/Respondent*
KENNETH E. WEST, Esquire,
     *Trustee/Respondent*

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN

TO THE CLERK:

Please mark the Objection to Confirmation of Plan, filed on March 24, 2026 as Doc. #30, as withdrawn without prejudice.

Respectfully submitted,

BY:    /s/ Danielle Boyle-Ebersole
        Danielle Boyle-Ebersole, Esquire
        PA Attorney ID# 81747
        298 Wissahickon Avenue
        North Wales, PA 19454
        Phone: (215) 855-9521
        Email: dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                         Bankruptcy No. 26-10333-amc
KELVIN ALVIN LASHLEY
AKA KELVIN LASHLEY                              Chapter 13
AKA KELVIN A. LASHLEY
   *Debtor*


U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS OWNER
TRUSTEE FOR VRMTG ASSET TRUST
   *Movant*
vs.
KELVIN ALVIN LASHLEY
AKA KELVIN LASHLEY
AKA KELVIN A. LASHLEY,
   *Debtor/Respondent*
KENNETH E. WEST, Esquire,
   *Trustee/Respondent*

## CERTIFICATE OF MAILING

  I, Danielle Boyle-Ebersole, Esq. certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on June 22, 2026.

  The types of service made on parties were: Electronic Notification and First Class Mail:

Kenneth E. West, Esquire     Kelvin Alvin Lashley, et al.
VIA CM/ECF NOTIFICATION    4 Donny Brook Way
*Chapter 13 Trustee*      Collegeville, PA 19426
            VIA REGULAR CLASS MAIL
Anthony A. Frigo, Esquire     *Debtor*
VIA CM/ECF NOTIFICATION
*Attorney for Debtor*


Dated: 06/22/2026

       BY:  /s/ Danielle Boyle-Ebersole
          Danielle Boyle-Ebersole, Esquire
          PA Attorney ID# 81747
          298 Wissahickon Avenue
          North Wales, PA 19454
          Phone: (215) 855-9521
          Email: dboyle-ebersole@hoflawgroup.com