**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>KELVIN ALVIN LASHLEY<br>AKA KELVIN LASHLEY<br>AKA KELVIN A. LASHLEY<br>    *Debtor*<br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION, AS TRUSTEE FOR<br>FREDDIE MAC SEASONED CREDIT RISK<br>TRANSFER TRUST, SERIES 2017-2,AS<br>OWNER OF THE RELATED MORTGAGE<br>LOAN<br>    *Movant*<br>vs.<br>KELVIN ALVIN LASHLEY<br>AKA KELVIN LASHLEY<br>AKA KELVIN A. LASHLEY,<br>    *Debtor/Respondent*<br>KENNETH E. WEST, Esquire,<br>    *Trustee/Respondent* | Bankruptcy No. 26-10333-amc<br><br>Chapter 13 |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN

TO THE CLERK:

Please mark the Objection to Confirmation of Plan, filed on March 25, 2026 as Doc. #32, as withdrawn without prejudice.

Respectfully submitted,

BY:    /s/ Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
PA Attorney ID# 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone: (215) 855-9521
Email: dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Bankruptcy No. 26-10333-amc |
| KELVIN ALVIN LASHLEY | |
| AKA KELVIN LASHLEY | Chapter 13 |
| AKA KELVIN A. LASHLEY | |
| *Debtor* | |
| FEDERAL HOME LOAN MORTGAGE | |
| CORPORATION, AS TRUSTEE FOR | |
| FREDDIE MAC SEASONED CREDIT RISK | |
| TRANSFER TRUST, SERIES 2017-2,AS | |
| OWNER OF THE RELATED MORTGAGE | |
| LOAN | |
| *Movant* | |
| vs. | |
| KELVIN ALVIN LASHLEY | |
| AKA KELVIN LASHLEY | |
| AKA KELVIN A. LASHLEY, | |
| *Debtor/Respondent* | |
| KENNETH E. WEST, Esquire, | |
| *Trustee/Respondent* | |

## CERTIFICATE OF MAILING

I, Danielle Boyle-Ebersole, Esq. certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on June 22, 2026.

The types of service made on parties were: <u>Electronic Notification and First Class Mail</u>:

| | |
|---|---|
| Kenneth E. West, Esquire | Kelvin Alvin Lashley, et al. |
| VIA CM/ECF NOTIFICATION | 4 Donny Brook Way |
| *Chapter 13 Trustee* | Collegeville, PA 19426 |
| | VIA REGULAR CLASS MAIL |
| Anthony A. Frigo, Esquire | *Debtor* |
| VIA CM/ECF NOTIFICATION | |
| *Attorney for Debtor* | |

Dated: 06/22/2026

BY:   /s/ Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
PA Attorney ID# 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone: (215) 855-9521
Email: dboyle-ebersole@hoflawgroup.com