**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Kelvin Alvin Lashley<br>*Debtor*. | : Bankruptcy No. 26-10333-amc<br>: Chapter 13 |
| Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan,<br>*Movant*,<br>vs.<br>Kelvin Alvin Lashley and Alice Lashley (Non-Filing Co-Debtor)<br>*Debtor/Respondent*,<br>and<br>Kenneth E. West, Esquire,<br>*Trustee/Respondent*. | : |

**CERTIFICATION OF NO ANSWER OR RESPONSE**
**TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, Danielle Boyle-Ebersole, Esquire, counsel for Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan ("Movant"), hereby certify that no answer, objection, or other response to the Motion for Relief from Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362, and §1301, of the Bankruptcy Code, has been filed with the Court or served upon undersigned counsel.

WHEREFORE, Movant prays this Honorable Court grants the Motion.

Respectfully Submitted,

Date: August 14, 2026

/s/ Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Kelvin Alvin Lashley<br>*Debtor*. | : Bankruptcy No. 26-10333-amc<br>: Chapter 13 |
| Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan,<br>*Movant*,<br>vs.<br>Kelvin Alvin Lashley and Alice Lashley (Non-Filing Co-Debtor)<br>*Debtor/Respondent*,<br>and<br>Kenneth E. West, Esquire,<br>*Trustee/Respondent*. | : |

**CERTIFICATE OF SERVICE OF**
**CERTIFICATION OF NO ANSWER OR RESPONSE**

I, Danielle Boyle-Ebersole, Esquire, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion Relief, on the parties at the addresses shown on the date set forth below. The types of service made on the parties were: Electronic Notification and/ or First Class Mail, as noted below:

Kelvin Alvin Lashley
Alice Lashley
4 Donny Brooke Way
Collegeville, PA 19426
Via First Class Mail
*Debtor and Non-Filing Co-Debtor*

Kelvin Alvin Lashley
Alice Lashley
34 Ashmead Place South
Philadelphia, PA 19144
Via First Class Mail
*Debtor and Non-Filing Co-Debtor*

Anthony A. Frigo, Esquire
Via ECF
Attorney for Debtor

Kenneth E. West, Esquire
VIA ECF
Trustee

Date: 08/14/2026

/s/ Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com