**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Kelvin Alvin Lashley<br>*Debtor*. | : Bankruptcy No. 26-10333-amc<br>: Chapter 13 |
| Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan,<br>*Movant*,<br>vs.<br>Kelvin Alvin Lashley<br>Alice Lashley (Non-Filing Co-Debtor)<br>*Debtor/Respondent*,<br>and<br>Kenneth E. West, Esquire,<br>*Trustee/Respondent* | : |

**ORDER**

AND NOW, this 21st day of Oct., 2026, it is hereby ORDERED that this Stipulation Agreement between the parties is hereby approved.

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge